## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Metropolitan Life Insurance Company, | : | Civil Action No. 2:23-cv-00138-WSH |
| | : | |
| Interpleader Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Gloria Shaffer and Krista Lonesome, | : | |
| | : | |
| Interpleader Defendants. | : | |

**INTERPLEADER PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF CONSENT
ORDERS CONCERNING DISBURSEMENT OF FUNDS ON DEPOSIT WITH THE
COURT, DISCHARGE OF LIABILITY, PERMANENT INJUNCTION, AND
ATTORNEYS' FEES AND COSTS**

Interpleader Plaintiff, Metropolitan Life Insurance Company (MetLife), by and through its undersigned counsel, respectfully moves for the entry of two consent orders concerning disbursement of funds on deposit with the Court, discharge of liability, permanent injunction, and attorneys' fees and costs. In support of this motion, MetLife incorporates and relies upon the Declaration of James L. Griffith, Jr., Esquire, attached hereto as Exhibit 1. As set forth in the Griffith Declaration, Interpleader Defendants do not oppose the motion and consent to the proposed orders filed herewith.

1

For each of the reasons set forth therein, MetLife respectfully requests that this Honorable Court grant its Motion and enter orders in the forms filed herewith.

**REGER RIZZO & DARNALL LLP**

Date:   August 2, 2023

By:   */s/ James L. Griffith, Jr.*
James L. Griffith, Jr., Esquire
Attorney I.D. #74126
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104-2899
(215) 495-6500
jgriffith@regerlaw.com